**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____     Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PrimeCare Medical of West Virginia, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **25-1816888** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **Lorrie Yeager Juvenile Detention  Center**<br>**907 Mission Drive**<br>**Parkersburg, WV 26101**<br><span style="font-size:small">Number, Street, City, State & ZIP Code</span> | **3940 Locust Lane**<br>**Harrisburg, PA 17109-4023**<br><span style="font-size:small">P.O. Box, Number, Street, City, State & ZIP Code</span> |
| | | **Wood**<br><span style="font-size:small">County</span> | **Location of principal assets, if different from principal place of business**<br><br><span style="font-size:small">Number, Street, City, State & ZIP Code</span> |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

Debtor   **PrimeCare Medical of West Virginia, Inc.**　　　　　Case number (*if known*) _____
　　　Name

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　**6219**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor   **PrimeCare Medical of West Virginia, Inc.** _____   Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***   *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

      **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **PrimeCare Medical of West Virginia, Inc.**                          Case number (*if known*)

Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **PrimeCare Medical of West Virginia, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 17, 2024**
MM / DD / YYYY

X **/s/ Thomas J. Weber**
Signature of authorized representative of debtor

**Thomas J. Weber**
Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Joe M. Supple**          Date    **January 17, 2024**
Signature of attorney for debtor                    MM / DD / YYYY

**Joe M. Supple 8013**
Printed name

**Supple Law Office, PLLC**
Firm name

**801 Viand Street**
**Point Pleasant, WV 25550**
Number, Street, City, State & ZIP Code

Contact phone    **304-675-6249**          Email address    **info@supplelawoffice.com**

**8013 WV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **PrimeCare Medical of West Virginia, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __January 17, 2024__         X /s/ Thomas J. Weber
                                            Signature of individual signing on behalf of debtor

                                            **Thomas J. Weber**
                                            Printed name

                                            **Chief Executive Officer**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name        **PrimeCare Medical of West Virginia, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................  $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................  $     **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................  $     **0.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $     **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $     **225,036.49**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$     **2,800,000.00**

4.  **Total liabilities** ......................................................................................................................
    Lines 2 + 3a + 3b
        $     **3,025,036.49**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **PrimeCare Medical of West Virginia, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Debtor   **PrimeCare Medical of West Virginia, Inc.**                     Case number *(If known)* _____
             Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **PrimeCare Medical of West Virginia, Inc.**          Case number *(If known)* _____
              Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name     **PrimeCare Medical of West Virginia, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **PrimeCare Medical of West Virginia, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225,036.49** | **$0.00** |
|---|---|---|---|---|

**Department of the Treasury
Internal Revenue Service
PO Box 9941, Stop 6552
Ogden, UT 84409-0941**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2020**

Basis for the claim:
**Penalty**

Last 4 digits of account number

Is the claim subject to offset?
☑ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**Andy Lee Griffin, Administrator of the
Estate of Amber Griffin
c/o L. Dante diTrapano, Esquire
500 Randolph Street
Charleston, WV 25302**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Personal injury**

Is the claim subject to offset?  ☑ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | | **Unknown** |
|---|---|---|---|

**April Kyer
c/o Scott B. Cooper, Esquire
Schmidt Kramer PC
209 State Street
Harrisburg, PA 17101**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **01/01/2023**

Last 4 digits of account number _

Basis for the claim:  **worker compensation**

Is the claim subject to offset?  ☑ No   ☐ Yes

54466

Debtor **PrimeCare Medical of West Virginia, Inc.** _____ Case number (if known) _____
Name

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brittany Foster**
**c/o Reginald D. Henry, Esquire**
**Reginald D. Henry, Attorney at Law, PLLC**
**PO Box 465**
**Mabscott, WV 25871**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **09/29/2022**

**Basis for the claim:**  **Personal injury/worker compensation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Charles Watts, Administrator of the**
**Estate of Johnny H. Watts**
**c/o L. Dante diTrapano, Esquire**
**500 Randolph Street**
**Charleston, WV 25302**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Personal injury**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Douglas M. Bircher, Administrator**
**of the Estate of Paul P. Bircher**
**c/o L. Dante diTrapano, Esquire**
**500 Randolph Street**
**Charleston, WV 25302**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Personal injury**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Dustin Richardson**
**c/o Paul M. Stroebel, Esquire**
**Stroebel & Stroebel, PLLC**
**PO Box 2582**
**Charleston, WV 25329**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **01/01/2024**

**Basis for the claim:**  **Personal injury**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Estate of Wesley M. Teter**
**c/o Jonathan G. Brill, Esquire**
**Jonathan G. Brill Law Firm, PLLC**
**332 E Main Street**
**Romney, WV 26757**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Personal injury**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Gregory Pyles, Administrator of the**
**Estate of Jaqueline V. Pyles**
**c/o L. Dante diTrapano, Esq**
**500 Randolph Street**
**Charleston, WV 25302**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Personal injury**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PrimeCare Medical of West Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

Jessica B. Bowers
c/o Christopher Heavens of Heavens Law
2438 Kanawha Blvd. East
Charleston, WV 25311

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Personal injury**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

Joyce Lynn Horner, Administratrix of the
Estate of Noah Lee Morris
c/o L. Dante diTrapano, Esquire
500 Randolph Street
Charleston, WV 25302

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Personal injury**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

Julia Bettis, Administratrix of the
Estate of Levi C. Estep
c/o L. Dante deTrapano, Esquire
500 Randdolph Street
Charleston, WV 25302

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Personal injury**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

Kayla Thomas, Administratrix of the
Estate of Kevin Thomas
c/o Danta diTrapano, Esquire
Charleston, WV 25302

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  01/01/2024

Basis for the claim:  **Personal injury**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

Mark Beggs, Administrator of the Estate
of Frederick K. Boggs
c/o Joseph Spano, Esquire
714 1/2 Lee Street, East, Suite 204
Charleston, WV 25301

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Personal injury**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

Marvin C. Thaxton
41 Marysville Lane
Charleston, WV 25312

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Personal injury**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **PrimeCare Medical of West Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Goss**
**c/o L. Dante diTrapano, Esquire**
**Calwell Luce diTrapano, PLLC**
**500 Randolph Street**
**Charleston, WV 25302**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Personal injury**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maynard Meadows, Administrator of the**
**Estate of Mark Adam Meadows**
**c/o L. Dante diTrapano, Esquire**
**500 Randolph Street**
**Charleston, WV 25302**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Personal injury**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael D. Rose, Charles Blessard, et al**
**c/o Stephen P. New, Esquire**
**New, Taylor & Associates**
**430 Harper Park Drive**
**Beckley, WV 25801**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Personal injury**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Deandre Williams**
**Inmate #3544434**
**South Central Regional Jail**
**1001 Centre Way**
**Charleston, WV 25309**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Personal injury**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800,000.00** |
|---|---|---|---|

**PrimeCare Medical, Inc.**
**3940 Locus Lane**
**Harrisburg, PA 17109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rebecca Chapman**
**c/o Stephen P. New, Esquire**
**New Taylor & Associates**
**430 Harper Park Drive**
**Beckley, WV 25801**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Personal injury**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PrimeCare Medical of West Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sherrie Bell, Administratrix of the
Estate of Brian Keith Riel
c/o L. Danta diTrapano, Esq.
500 Randolph Street
Charleston, WV 25302**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Personal injury_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**The Estate of Cody Lawrence Grove, by
Richard Grove, Jr., Administrator
c/o Paul G. Taylor, Esquire
134 West Burke Street
Martinsburg, WV 25401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _01/01/2017_

**Basis for the claim:** _Personal injury_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tyler Franklin, Administrator of the
Estate of John Hunter Franklin
c/o L. Dante diTrapano, Esquire
500 Randolph Street
Charleston, WV 25302**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Personal injury_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wanda Perdue, as Administratrix of the
Estate of Charles Perry
c/o L. Dante diTrapano, Esquire
500 Randolph Street
Charleston, WV 25302**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Personal injury_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andy Lee Griffin, Administrator of the Estate Amber Griffin c/o William C. Forbes, Esquire 1118 Kanawha Blvd East Charleston, WV 25301** | Line **3.1** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Andy Lee Griffin, Administrator of the Estate of Amber Griffin Timothy DiPero, Esquire PO Box 1631 Charleston, WV 25325** | Line **3.1** ☐ Not listed. Explain ____ | _ |

| Debtor | **PrimeCare Medical of West Virginia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **April Kyer**<br>**c/o Michael A. Josephson, Esquire**<br>**Josephson Dunlap LLP**<br>**11 Greenway Plaza, Suite 3050**<br>**Houston, TX 77046** | Line __3.2__<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **April Kyer**<br>**c/o Richard J. (Rex) Burch, Esquire**<br>**11 Greenway Plaza, Suite 3025**<br>**Houston, TX 77046** | Line __3.2__<br><br>☐  Not listed. Explain ____ | _ |
| 4.5 | **Charles Watts, Administrator of the**<br>**Estate of Johnny H. Watts**<br>**c/o William C. Forbes, Esquire**<br>**1118 Kanawha Blvd, East**<br>**Charleston, WV 25301** | Line __3.4__<br><br>☐  Not listed. Explain ____ | _ |
| 4.6 | **Douglas M. Bircher, Administrator of**<br>**the Estate of Paul P. Bircher**<br>**c/o William C. Forbes, Esquire**<br>**1118 Kanawha Blvd East**<br>**Charleston, WV 25301** | Line __3.5__<br><br>☐  Not listed. Explain ____ | _ |
| 4.7 | **Douglas M. Bircher, Administrator of**<br>**the Estate of Paul P. Bircher**<br>**c/o Anthony Werner, Esquire**<br>**Board of Trade Bldg, Ste 200, 80-12th St**<br>**Wheeling, WV 26003** | Line __3.5__<br><br>☐  Not listed. Explain ____ | _ |
| 4.8 | **Gregory Pyles, Administrator of the**<br>**Estate of Jaqueline V. Pyles**<br>**c/o Anthony Werner, Esq**<br>**80-12th Street**<br>**Wheeling, WV 26003** | Line __3.8__<br><br>☐  Not listed. Explain ____ | _ |
| 4.9 | **Jessican B. Bowers**<br>**c/o Stephen New & Associates**<br>**430 Harper Park Drive**<br>**Beckley, WV 25801** | Line __3.9__<br><br>☐  Not listed. Explain ____ | _ |
| 4.10 | **Joyce Lynn Horner, Administratrix of the**<br>**Estate of Noah Lee Morris**<br>**c/o William C. Forbes, Esquire**<br>**1118 Kanawha Blvd, East**<br>**Charleston, WV 25301** | Line __3.10__<br><br>☐  Not listed. Explain ____ | _ |
| 4.11 | **Julia Bettis, Administratrix of the**<br>**Estate of Levi C. Estep**<br>**c/o William C. Forbes, Esquire**<br>**1118 Kanawha Blvd East**<br>**Charleston, WV 25301** | Line __3.11__<br><br>☐  Not listed. Explain ____ | _ |
| 4.12 | **Matthew Goss**<br>**c/o William C. Forbes, Esquire**<br>**Forbes Law Office, PLLC**<br>**1118 Kanawha Blvd, East**<br>**Charleston, WV 25301** | Line __3.15__<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | PrimeCare Medical of West Virginia, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Matthew Goss**<br>**c/o Charles "Sonny" Johnstone, Esquire**<br>**Johnstone & Gabhart**<br>**PO Box 313**<br>**Charleston, WV 25321** | Line __3.15__<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Maynard Meadows, Administrator of the**<br>**Estate of Mark Adam Meadows**<br>**c/o William C. Forbes, Esquire**<br>**1118 Kanawha Blvd. East**<br>**Charleston, WV 25301** | Line __3.16__<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Michael D. Rose, Charles Blessard, et al**<br>**c/o Amanda Taylor, Esquire**<br>**Taylor, Hinkle & Taylor**<br>**115 1/2 S. Kanawha Street**<br>**Beckley, WV 25801** | Line __3.17__<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Michael D. Rose, Charles Blessard, et al**<br>**c/o Robert Dunlap, Esquire**<br>**Robert Dunlap & Associates**<br>**208 Main Street**<br>**Beckley, WV 25801** | Line __3.17__<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Michael D. Rose, Charles Blessard, et al**<br>**c/o Zachary Whitten, Esquire**<br>**Whitten Law Office, L.C.**<br>**PO Box 753**<br>**Pineville, WV 24874** | Line __3.17__<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Michael D. Rose, Charles Blessard, et al**<br>**c/o Timothy Lupardus, Esquire**<br>**The Lupardus Law Office**<br>**275 Bearhole Road**<br>**Pineville, WV 24874** | Line __3.17__<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Sherrie Bell, Administratrix of the**<br>**Estate of Brian Keith Riel**<br>**c/o William C. Forbes & W. Jesse Forbes**<br>**1118 Kanawha Blvd., East**<br>**Charleston, WV 25301** | Line __3.21__<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Tyler Franklin, Administrator of the**<br>**Estate of John Hunter Franklin**<br>**c/o William C. Forbes, Esquire**<br>**1118 Kanawha Blvd, East**<br>**Charleston, WV 25301** | Line __3.23__<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Tyler Franklin, Administrator of the**<br>**Estate John Hunter Franklin**<br>**c/o Stephen P. New, Esquire**<br>**430 Harper Park Drive**<br>**Beckley, WV 25801** | Line __3.23__<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Wanda Perdue, as the Administratrix of**<br>**the Estate of Charles Perry**<br>**c/o William C. Forbes & W. Jesse Forbes**<br>**1118 Kanawha Blvd., East**<br>**Charleston, WV 25301** | Line __3.24__<br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor    **PrimeCare Medical of West Virginia, Inc.**                                    Case number (if known) _____
       Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 225,036.49 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,800,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,025,036.49 |

**Fill in this information to identify the case:**

Debtor name    **PrimeCare Medical of West Virginia, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **PrimeCare Medical of West Virginia, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name    **PrimeCare Medical of West Virginia, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$12,333,032.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **PrimeCare Medical of West Virginia, Inc.**    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Offutt Simmons Simonton PLLC**<br>**949 3rd Avenue #300**<br>**Huntington, WV 25701** | **See attached** | **$195,088.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal fees** |
| 3.2. **Sherrie Bell, Administratrix of the Estate of Brian Keith Riel**<br>**c/o William C. Forbes & W. Jesse Forbes**<br>**1118 Kanawha Blvd., East**<br>**Charleston, WV 25301** | **See attached** | **$125,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Settlement funded by non-debtor entity** |
| 3.3. **Buchanan Ingersoll & Rooney PC**<br>**409 North Second Street, Suite 500**<br>**Harrisburg, PA 17101-1357** | **See attached** | **$68,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal fees** |
| 3.4. **Stroebel & Stroebel, PLLC**<br>**405 Capitol Street, Suite 102**<br>**Charleston, WV 25301** | **See attached** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Settlement funded by non-debtor entity** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Debtor | **PrimeCare Medical of West Virginia, Inc.** | Case number *(if known)* |
|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **See Attachment** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

---

Debtor    **PrimeCare Medical of West Virginia, Inc.**                                Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Supple Law Office, PLLC**<br>**801 Viand Street**<br>**Point Pleasant, WV 25550** | **Attorney Fees** | **12/11/2023** | **$10,000.00** |
| | **Email or website address**<br>**info@supplelawoffice.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☐ No. Go to Part 9.
    ■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **See attached** | | |

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|
| | | *Check all that apply:* |
| | | ■ Electronically |

Debtor   **PrimeCare Medical of West Virginia, Inc.**                          Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | ☐ Paper |

---

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
■  Yes. State the nature of the information collected and retained.

   <u>Electronic medical records</u>

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.
■  Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank**<br>**4530 Lena Drive, Suite 300**<br>**Mechanicsburg, PA 17055** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other <u>Operating Account</u> | | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **PrimeCare Medical of West Virginia, Inc.** _____    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

     ■ No.
     ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ■ No.
     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

     ■ No.
     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

| Debtor | **PrimeCare Medical of West Virginia, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Baker Tilly US, LLP**<br>**1570 Fruitville Pike, Ste 400**<br>**Lancaster, PA 17601** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **PNC Bank**<br>**4530 Lena Drive, Suite 300**<br>**Mechanicsburg, PA 17055** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brent Bavington** | **PrimeCare Medical of WV, Inc.**<br>**3940 Locus Lane**<br>**Harrisburg, PA 17109** | **President** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Tom Weber** | **PrimeCare Medical of WV, Inc.**<br>**3940 Locus Lane**<br>**Harrisburg, PA 17109** | **Chief Executive Officer and Secretary** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Todd Haskins** | **PrimeCare Medical of WV, Inc.**<br>**3940 Locus Lane**<br>**Harrisburg, PA 17109** | **Chief Operating Officer and Vice-President** | |

Debtor   **PrimeCare Medical of West Virginia, Inc.**                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Kathryn Peters** | **PrimeCare Medical of WV, Inc. 3940 Locus Lane Harrisburg, PA 17109** | **General Counsel** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Matt Angelo** | **PrimeCare Medical of WV, Inc. 3940 Locus Lane Harrisburg, PA 17109** | **Chief Financial Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Nate Kalteski** | **PrimeCare Medical of WV, Inc. 3940 Locus Lane Harrisburg, PA 17109** | **Non-voting member of Board** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Victoria Gessner** | **PrimeCare Medical of WV, Inc. 3940 Locus Lane Harrisburg, PA 17109** | **Non-voting member of Board** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Dr. Pamela Rollings** | **PrimeCare Medical of WV, Inc. 3940 Locus Lane Harrisburg, PA 17109** | **Chief Medical Officer and Non-voting member of the Board** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **PrimeCare Medical, Inc.** | **3940 Locus Lane Harrisburg, PA 17109** | **Controlling shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **David Dinello** | | **Non-voting member of the Board** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Debtor   **PrimeCare Medical of West Virginia, Inc.**     Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |
| | |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 17, 2024**

**/s/ Thomas J. Weber**                         **Thomas J. Weber**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of West Virginia

In re  **PrimeCare Medical of West Virginia, Inc.** _____ Case No. _____
                                                    Debtor(s)                    Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 17, 2024** _____                 /s/ Joe M. Supple
_Date_                                               **Joe M. Supple 8013**
                                                     _Signature of Attorney_
                                                     **Supple Law Office, PLLC**
                                                     **801 Viand Street**
                                                     **Point Pleasant, WV 25550**
                                                     **304-675-6249  Fax: 304-675-4372**
                                                     **info@supplelawoffice.com**
                                                     _Name of law firm_

**United States Bankruptcy Court**

**Southern District of West Virginia**

In re    **PrimeCare Medical of West Virginia, Inc.**                                    Case No.
_____                     _____
                                          Debtor(s)                  Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **January 17, 2024**                              **/s/ Thomas J. Weber**
_____            _____
                                            **Thomas J. Weber/Chief Executive Officer**
                                            Signer/Title

Andy Lee Griffin, Administrator of the
Estate of Amber Griffin
c/o L. Dante diTrapano, Esquire
500 Randolph Street
Charleston, WV 25302


Andy Lee Griffin, Administrator of the
Estate Amber Griffin
c/o William C. Forbes, Esquire
1118 Kanawha Blvd East
Charleston, WV 25301


Andy Lee Griffin, Administrator of the
Estate of Amber Griffin
Timothy DiPero, Esquire
PO Box 1631
Charleston, WV 25325


April Kyer
c/o Scott B. Cooper, Esquire
Schmidt Kramer PC
209 State Street
Harrisburg, PA 17101


April Kyer
c/o Michael A. Josephson, Esquire
Josephson Dunlap LLP
11 Greenway Plaza, Suite 3050
Houston, TX 77046


April Kyer
c/o Richard J. (Rex) Burch, Esquire
11 Greenway Plaza, Suite 3025
Houston, TX 77046


Brittany Foster
c/o Reginald D. Henry, Esquire
Reginald D. Henry, Attorney at Law, PLLC
PO Box 465
Mabscott, WV 25871


Charles Watts, Administrator of the
Estate of Johnny H. Watts
c/o L. Dante diTrapano, Esquire
500 Randolph Street
Charleston, WV 25302

Charles Watts, Administrator of the
Estate of Johnny H. Watts
c/o William C. Forbes, Esquire
1118 Kanawha Blvd, East
Charleston, WV 25301


Department of the Treasury
Internal Revenue Service
PO Box 9941, Stop 6552
Ogden, UT 84409-0941


Douglas M. Bircher, Administrator
of the Estate of Paul P. Bircher
c/o L. Dante diTrapano, Esquire
500 Randolph Street
Charleston, WV 25302


Douglas M. Bircher, Administrator of
the Estate of Paul P. Bircher
c/o William C. Forbes, Esquire
1118 Kanawha Blvd East
Charleston, WV 25301


Douglas M. Bircher, Administrator of
the Estate of Paul P. Bircher
c/o Anthony Werner, Esquire
Board of Trade Bldg, Ste 200, 80-12th St
Wheeling, WV 26003


Dustin Richardson
c/o Paul M. Stroebel, Esquire
Stroebel & Stroebel, PLLC
PO Box 2582
Charleston, WV 25329


Estate of Wesley M. Teter
c/o Jonathan G. Brill, Esquire
Jonathan G. Brill Law Firm, PLLC
332 E Main Street
Romney, WV 26757


Gregory Pyles, Administrator of the
Estate of Jaqueline V. Pyles
c/o L. Dante diTrapano, Esq
500 Randolph Street
Charleston, WV 25302

Gregory Pyles, Administrator of the
Estate of Jaqueline V. Pyles
c/o Anthony Werner, Esq
80-12th Street
Wheeling, WV 26003


Jessica B. Bowers
c/o Christopher Heavens of Heavens Law
2438 Kanawha Blvd. East
Charleston, WV 25311


Jessican B. Bowers
c/o Stephen New & Associates
430 Harper Park Drive
Beckley, WV 25801


Joyce Lynn Horner, Administratrix of the
Estate of Noah Lee Morris
c/o L. Dante diTrapano, Esquire
500 Randolph Street
Charleston, WV 25302


Joyce Lynn Horner, Administratrix of the
Estate of Noah Lee Morris
c/o William C. Forbes, Esquire
1118 Kanawha Blvd, East
Charleston, WV 25301


Julia Bettis, Administratrix of the
Estate of Levi C. Estep
c/o L. Dante deTrapano, Esquire
500 Randdolph Street
Charleston, WV 25302


Julia Bettis, Administratrix of the
Estate of Levi C. Estep
c/o William C. Forbes, Esquire
1118 Kanawha Blvd East
Charleston, WV 25301


Kayla Thomas, Administratrix of the
Estate of Kevin Thomas
c/o Danta diTrapano, Esquire
Charleston, WV 25302

Mark Beggs, Administrator of the Estate
of Frederick K. Boggs
c/o Joseph Spano, Esquire
714 1/2 Lee Street, East, Suite 204
Charleston, WV 25301


Marvin C. Thaxton
41 Marysville Lane
Charleston, WV 25312


Matthew Goss
c/o L. Dante diTrapano, Esquire
Calwell Luce diTrapano, PLLC
500 Randolph Street
Charleston, WV 25302


Matthew Goss
c/o William C. Forbes, Esquire
Forbes Law Office, PLLC
1118 Kanawha Blvd, East
Charleston, WV 25301


Matthew Goss
c/o Charles "Sonny" Johnstone, Esquire
Johnstone & Gabhart
PO Box 313
Charleston, WV 25321


Maynard Meadows, Administrator of the
Estate of Mark Adam Meadows
c/o L. Dante diTrapano, Esquire
500 Randolph Street
Charleston, WV 25302


Maynard Meadows, Administrator of the
Estate of Mark Adam Meadows
c/o William C. Forbes, Esquire
1118 Kanawha Blvd. East
Charleston, WV 25301


Michael D. Rose, Charles Blessard, et al
c/o Stephen P. New, Esquire
New, Taylor & Associates
430 Harper Park Drive
Beckley, WV 25801

Michael D. Rose, Charles Blessard, et al
c/o Amanda Taylor, Esquire
Taylor, Hinkle & Taylor
115 1/2 S. Kanawha Street
Beckley, WV 25801


Michael D. Rose, Charles Blessard, et al
c/o Timothy Lupardus, Esquire
The Lupardus Law Office
275 Bearhole Road
Pineville, WV 24874


Michael D. Rose, Charles Blessard, et al
c/o Zachary Whitten, Esquire
Whitten Law Office, L.C.
PO Box 753
Pineville, WV 24874


Michael D. Rose, Charles Blessard, et al
c/o Robert Dunlap, Esquire
Robert Dunlap & Associates
208 Main Street
Beckley, WV 25801


Michael Deandre Williams
Inmate #3544434
South Central Regional Jail
1001 Centre Way
Charleston, WV 25309


PrimeCare Medical, Inc.
3940 Locus Lane
Harrisburg, PA 17109


Rebecca Chapman
c/o Stephen P. New, Esquire
New Taylor & Associates
430 Harper Park Drive
Beckley, WV 25801


Sherrie Bell, Administratrix of the
Estate of Brian Keith Riel
c/o L. Danta diTrapano, Esq.
500 Randolph Street
Charleston, WV 25302

Sherrie Bell, Administratrix of the
Estate of Brian Keith Riel
c/o William C. Forbes & W. Jesse Forbes
1118 Kanawha Blvd., East
Charleston, WV 25301


The Estate of Cody Lawrence Grove, by
Richard Grove, Jr., Administrator
c/o Paul G. Taylor, Esquire
134 West Burke Street
Martinsburg, WV 25401


Tyler Franklin, Administrator of the
Estate of John Hunter Franklin
c/o L. Dante diTrapano, Esquire
500 Randolph Street
Charleston, WV 25302


Tyler Franklin, Administrator of the
Estate of John Hunter Franklin
c/o William C. Forbes, Esquire
1118 Kanawha Blvd, East
Charleston, WV 25301


Tyler Franklin, Administrator of the
Estate John Hunter Franklin
c/o Stephen P. New, Esquire
430 Harper Park Drive
Beckley, WV 25801


Wanda Perdue, as Administratrix of the
Estate of Charles Perry
c/o L. Dante diTrapano, Esquire
500 Randolph Street
Charleston, WV 25302


Wanda Perdue, as the Administratrix of
the Estate of Charles Perry
c/o William C. Forbes & W. Jesse Forbes
1118 Kanawha Blvd., East
Charleston, WV 25301

# United States Bankruptcy Court
## Southern District of West Virginia

In re   **PrimeCare Medical of West Virginia, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **PrimeCare Medical of West Virginia, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 17, 2024**

Date

**/s/ Joe M. Supple**

**Joe M. Supple 8013**

Signature of Attorney or Litigant

Counsel for   **PrimeCare Medical of West Virginia, Inc.**

**Supple Law Office, PLLC**
**801 Viand Street**
**Point Pleasant, WV 25550**
**304-675-6249 Fax:304-675-4372**
**info@supplelawoffice.com**

Statement of Financial Affairs, Page 1, Line 3. Certain payments or transfers to creditors within 90 days before filing this case.

| Posted dt. | Doc | Memo/Description | Debit |
|---|---|---|---|
| 10/18/2023 | 60464 | Bill - OFFUTT SIMMONS SIMONTON PLLC: PRIMECARE GENERAL ADVISORY FILE | 300.00 |
| 10/18/2023 | 60456 12 | Bill - OFFUTT SIMMONS SIMONTON PLLC: AYERS V PCM | 200.00 |
| 10/18/2023 | 60457 44 | Bill - OFFUTT SIMMONS SIMONTON PLLC: BENNETT JR EST V PCM | 50.00 |
| 10/18/2023 | 60458 13 | Bill - OFFUTT SIMMONS SIMONTON PLLC: BIRCHER EST V PCM | 1,255.00 |
| 10/18/2023 | 60459 09 | Bill - OFFUTT SIMMONS SIMONTON PLLC: BOWERS V PCM | 2,340.00 |
| 10/18/2023 | 60460 12 | Bill - OFFUTT SIMMONS SIMONTON PLLC: CHAPMAN V PCM | 525.00 |
| 10/18/2023 | 60461 27 | Bill - OFFUTT SIMMONS SIMONTON PLLC: COOPER EST V PCM | 500.00 |
| 10/18/2023 | 60462 44 | Bill - OFFUTT SIMMONS SIMONTON PLLC: ESTEP EST V PCM | 1,326.60 |
| 10/18/2023 | 60463 12 | Bill - OFFUTT SIMMONS SIMONTON PLLC: FOSTER V PCM | 6,861.23 |
| 10/18/2023 | 60465 33 | Bill - OFFUTT SIMMONS SIMONTON PLLC: GOSS V PCM | 1,732.50 |
| 10/18/2023 | 60466 27 | Bill - OFFUTT SIMMONS SIMONTON PLLC: GRIFFIN EST V PCM | 1,398.60 |
| 10/18/2023 | 60467 44 | Bill - OFFUTT SIMMONS SIMONTON PLLC: LITTLE V PCM | 24,010.41 |
| 10/18/2023 | 60468 12 | Bill - OFFUTT SIMMONS SIMONTON PLLC: MEADOWS EST V PCM | 3,124.90 |
| 10/18/2023 | 60469 38 | Bill - OFFUTT SIMMONS SIMONTON PLLC: MORRIS EST V PCM | 317.10 |
| 10/18/2023 | 60470 12 | Bill - OFFUTT SIMMONS SIMONTON PLLC: PERRY EST V PCM | 798.10 |
| 10/18/2023 | 60471 38 | Bill - OFFUTT SIMMONS SIMONTON PLLC: PYLES EST V PCM | 4,174.60 |
| 10/18/2023 | 60472 38 | Bill - OFFUTT SIMMONS SIMONTON PLLC: RIEL EST V PCM | 500.00 |
| 10/18/2023 | 60473 98 | Bill - OFFUTT SIMMONS SIMONTON PLLC: 98 GENERAL M ROSE & E HARMON V PCM | 19,010.01 |
| 10/18/2023 | 60474 27 | Bill - OFFUTT SIMMONS SIMONTON PLLC: THAXTON V PCM | 50.00 |
| 10/18/2023 | 60475 44 | Bill - OFFUTT SIMMONS SIMONTON PLLC: WATTS EST V PCM | 1,379.10 |
| 10/18/2023 | 60476 13 | Bill - OFFUTT SIMMONS SIMONTON PLLC: WILLIAMS V PCM | 247.20 |
| 10/31/2023 | 60358 | Bill - OFFUTT SIMMONS SIMONTON PLLC: CLASS ACTION SUIT M ROSE & E HARMON | 28,601.03 |
| 10/31/2023 | 12264748 | Bill - BUCHANAN INGERSOLL & ROONEY PC: APRIL KYER | 20,811.00 |
| 10/31/2023 | 60148 12 | Bill - OFFUTT SIMMONS SIMONTON PLLC: BRITTANY N FOSTER V PCM | 8,033.61 |
| 10/31/2023 | 60364 09 | Bill - OFFUTT SIMMONS SIMONTON PLLC: GROVE V PCM | 435.00 |
| 11/14/2023 | 60573 | Bill - OFFUTT SIMMONS SIMONTON PLLC: PRIME CARE GENERAL ADVISORY FILE | 1,129.62 |
| 11/14/2023 | 60581 | Bill - OFFUTT SIMMONS SIMONTON PLLC: MICHAEL D ROSE & EDWARD HARMON V PCM | 23,845.57 |
| 11/14/2023 | 176503 | Bill - SHERRIE BELL: SETTLEMENT RIEL V PCM | 125,000.00 |
| 11/14/2023 | 12268929 | Bill - BUCHANAN INGERSOLL & ROONEY PC: PROFESSIONAL SERVICES APRIL KYER | 47,939.00 |
| 11/14/2023 | 60326 44 | Bill - OFFUTT SIMMONS SIMONTON PLLC: GROVER ADAMS V PCM | 387.64 |
| 11/14/2023 | 60567 38 | Bill - OFFUTT SIMMONS SIMONTON PLLC: BAILEY EST V PCM | 50.00 |
| 11/14/2023 | 60569 13 | Bill - OFFUTT SIMMONS SIMONTON PLLC: BIRCHER EST V PCM | 336.00 |
| 11/14/2023 | 60570 09 | Bill - OFFUTT SIMMONS SIMONTON PLLC: BOWERS V PCM | 3,220.00 |
| 11/14/2023 | 60571 12 | Bill - OFFUTT SIMMONS SIMONTON PLLC: CHAPMAN V PCM | 324.90 |
| 11/14/2023 | 60572 44 | Bill - OFFUTT SIMMONS SIMONTON PLLC: ESTEP EST V PCM | 845.16 |
| 11/14/2023 | 60574 33 | Bill - OFFUTT SIMMONS SIMONTON PLLC: GOSS V PCM | 100.00 |
| 11/14/2023 | 60575 27 | Bill - OFFUTT SIMMONS SIMONTON PLLC: GRIFFIN EST V PCM | 591.00 |
| 11/14/2023 | 60576 09 | Bill - OFFUTT SIMMONS SIMONTON PLLC: GROVE EST V PCM | 5,335.11 |
| 11/14/2023 | 60578 12 | Bill - OFFUTT SIMMONS SIMONTON PLLC: MEADOWS EST V PCM | 261.00 |
| 11/14/2023 | 60579 38 | Bill - OFFUTT SIMMONS SIMONTON PLLC: MORRIS EST V PCM | 7,856.74 |
| 11/14/2023 | 60580 38 | Bill - OFFUTT SIMMONS SIMONTON PLLC: PYLES EST V PCM | 1,615.40 |
| 11/14/2023 | 60582 33 | Bill - OFFUTT SIMMONS SIMONTON PLLC: TETER EST V PCM | 250.00 |
| 11/14/2023 | 60583 44 | Bill - OFFUTT SIMMONS SIMONTON PLLC: WATTS EST V PCM | 100.10 |
| 11/14/2023 | 60584 13 | Bill - OFFUTT SIMMONS SIMONTON PLLC: WILLIAMS V PCM | 1,418.70 |
| 11/14/2023 | 60585 12 | Bill - OFFUTT SIMMONS SIMONTON PLLC: FOSTER V PCM | 61.00 |
| 11/14/2023 | 60586 44 | Bill - OFFUTT SIMMONS SIMONTON PLLC: BENNETTY FR EST V PCM | 100.00 |
| 11/14/2023 | 60587 44 | Bill - OFFUTT SIMMONS SIMONTON PLLC: LITTLE V PCM | 40,081.48 |
| 11/29/2023 | 11/17/23 SETTLEMENT 12 | Bill - STROEBEL & STROEBEL, PLLC & LARRY AYERS: SETTLEMENT LARRY AYERS | 15,000.00 |
| 12/11/2023 | FILING FEE 2023 | Bill - SUPPLE LAW OFFICE PLLC CLIENT TRUST ACCOUNT: WV BANKRUPTCY COUNSEL | 10,338.00 |

Statement of Financial Affairs, Page 3, Line 7, Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits.

| Action No. | Plaintiff's Full Name | Case Caption | Case Location |
|---|---|---|---|
| 17-C-529 | The Estate of Cody Lawrence Grove, by Ronald Grove, Jr. Administrator | Joshua David Zombro, individually and in his official capacity as a former correctional officer of the West Virginia Regional Jail and Correctional Facility Authority, West Virginia Regional Jail and Correctional Facility Authority, a public corporation, and PrimeCare Medical of WV, Inc. | Circuit Court of Berkeley County, West Virginia |
| 2:19-cv-000033 | Marvin C. Thaxton | W.V.D.O.C. COMMISSIONER, ET AL.; W.VA.R.J.A. COMMISSIONER, ET AL.; PRIMECARE MEDICAL, INC., ET AL.; JOE WOOD, ADMINISTRATOR, S.W.R.J., ET AL.; SGT. SLATER, S.W.R.J.; CO.O. MIKE BRANSON, S.W.R.J.; JOHN DOE #1, S.W.R.J.; JOHN DOE #2, S.W.R.J.; LANCE YARDLEY, ADMINISTRATOR, P.C.C.; WILIAM YEST, ADMINISTRATOR; B.W.R.C.; JOHN ANDERSON, ADMINISTRATOR; S.C.C.; RUSSELL MORTON, ADMINISTRATOR, O.C.C.C.; WILLIAM YURCINA, ADMINISTRATOR, O.C.C.C.; KAREN PSZCKOCKOWSKI, ADMINISTRATOR, N.C.C.; and JIM GREY, PRIMECARE, N.C.C.; | United States District Court of the Southern District of West Virginia Charleston Division |
| 2:19-cv-00067 | Michael Deandre Williams | PRIMECARE MEDICAL, INC., ANNA HAGER, JESSICA THORNHILL, NURSE RUTHANNA (LNU), NURSE MOLLY (LNU, NURSE JOSLYN OR JOSLIN (LNU), NURSE TRINA OR TINA (LNU) AND FORMER SUPERINTENDENT J.T. BINION, <<< alternatively named >>> Tina Founts-Sneed, Jessica Thornhill, and J.T. Binion | United States District Court of the Southern District of West Virginia Charleston Division |
| 22-C-69 | Wanda Perdue, as the Administratric of the Estate of Charles Perry | Primecare Medical of West Virginia, Inc. | Circuit Court of Kanawha County, West Virginia |
| 22-C-409 | Sherrie Bell, Administratrix of the Estate of Brian Keith Riel | PrimeCare Medical of West Virginia, Inc. and West Virginia Division of Corrections and Rehabilitation | Circuit Court of Kanawha County, West Virginia |

| Case No. | Plaintiff | Defendants | Court |
|---|---|---|---|
| 3:23-CV-119 | Jessica B. Bowers | STATE OF WEST VIRGINIA, DEPARTMENT OF HOMELAND SECURITY, DIVISION OF CORRECTIONS AND REHABILITATION, a West Virginia State Agency, and JOHN /JANE DOE, unknown employees or agents of the above entity, in their individual capacities, and as employees or agents of the above entities. PRIMECARE MEDICAL OF WEST VIRGINIA, INC., a West Virginia Corporation; PRIMECARE MEDICAL, INC., a foreign corporation | United States District Court of the Northern District of West Virginia Martinsburg Division |
| 22-C-475 | Gregory Pyles, Administrator of the Estate of Jaqueline V. Pyles | PrimeCare Medical of West Virginia, Inc. and West Virginia Division of Corrections and Rehabilitation | Circuit Court of Kanawha County, West Virginia |
| NOC only | Mark Beggs, as Administrator of the Estate of Frederick K. Beggs | PrimeCare Medical of West Virginia, The West Virginia Department of Corrections and Rehabilitation and Wexford Health | n/a |
| 22-C-720 | Joyce Lynn Horner, Administratrix of the Estate of Noah Lee Morris | PrimeCare Medical of West virginia, Inc. and West Virginia Division of Corrections and Rehabilitation | Circuit Court of Kanawha County, West Virginia |
| 22-C-936 | Charles Watts, Administrator of the Estate of Johnny H. Watts | PrimeCare Medical of West virginia, Inc. and West Virginia Division of Corrections and Rehabilitation | Circuit Court of Kanawha County, West Virginia |

| Case No. | Plaintiff | Defendant / Caption | Court |
|---|---|---|---|
| 23-C-623 | Maynard Meadows, Administrator of the Estate of Mark Adam Meadows | PrimeCare Medical of West Virginia, Inc. | Circuit Court of Kanawha County, West Virginia |
| NOC only | Estate of Wesley M. Teter | PrimeCare Medical, Inc. and PrimeCare Medical of West Virginia, Inc. | n/a |
| 3:23-cv-00608 | Tyler Franklin, Individually and as the Adminstrator of the Estate of John Hunter Franklin | PrimeCare Medical of West Virginia, Inc., PSIMED, Inc., West Virginia Division of Corrections and Rehabilitation, and John/Jane Doe Correctional Officers | United States District Court of the Southern District of West Virginia Huntington Division |
| 1:23-CV-00176-Y | April Kyer, Individually and for Others Similarly Situated, | April Kyer, Individually and for Others Similarly Situated, vs. PrimeCare Medical, Inc. | United States District Court, Middle District of Pennsylvania, Harrisburg Division |
| 5:23-CV-312 | Dustin Richardson | Dustin Richardson v. PrimeCare Medical of West Virginia Inc., Nurse Destiny Drake, Braxton County Memorial Hospital, William Given, M.D. and John/Jane Does | United States District Court for the Northern District of West Virginia |

**Statement of Financial Affairs, Page 4, Line 15, Health Care Bankruptcies**

PrimeCare Facility

| | | | |
|---|---|---|---|
| Chick Buckbee Juvenile Center | One Jerry L Augusta | WV | 26704 |
| Central Regional Jail | 1255 Dyer Sutton | WV | 26601 |
| Donald R. Kuhn Juvenile Center | One Lory P Julian | WV | 25529 |
| Eastern Regional Jail | 94 Grapevi Martinsbur | WV | 25401 |
| Gene Spadaro Juvenile Center | 106 Martin Mt. Hope | WV | 25880 |
| Kenneth "Honey" Rubenstein Juvenile Center | 141 Forest Davis | WV | 26260 |
| Lorrie Yeager Juvenile Center | 907 Missio Parkersbur | WV | 26101 |
| North Central Regional Jail | 1 Lois Lane Greenwooc | WV | 26415 |
| Potomac Highlands Regional Jail | 355 Dolan Augusta | WV | 26704 |
| Robert L. Shell Juvenile Center | Two O'Han Barboursvil | WV | 25504 |
| South Central Regional Jail | 1001 Centr Charleston | WV | 25309 |
| Sam Perdue Juvenile Center | 843 Shelter Princeton | WV | 24740 |
| Southern Regional Jail | 1200 Airpo Beaver | WV | 25813 |
| Southwestern Regional Jail | 1300 Gastc Holden | WV | 25625 |
| Tiger Morton Juvenile Center | 60 Manfer Dunbar | WV | 25064 |
| Tygart Valley Regional Jail | 400 Abbey Belington | WV | 26250 |
| Vicki Douglas Juvenile Center | 900 Emme Martinsbur | WV | 25401 |
| Western Regional Jail | One O'Han Barboursvil | WV | 25504 |