IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

**PRIMECARE MEDICAL OF WEST VIRGINIA, INC.,**   Case No. 24-60001
Chapter 7

    **Debtor.**

### AFFIDAVIT OT THOMAS J. WEBER IN SUPPORT OF DEBTOR'S REPORT ON APPOINTMENT OF PATIENT CARE OMBUDSMAN

I, Thomas J. Weber, Chief Executive Officer of PrimeCare Medical of West Virginia, Inc., ("PrimeCare WV") being first duly sworn, deposes and says upon his oath as follows:

1. PrimeCare WV is a West Virgina corporation formed in 1998 to provide medical services to inmates of various correctional institutions throughout the state of West Virginia.

2. PrimeCare WV contracted directly with the West Virginia Regional Jail Authority and Division of Juvenile Services. Under Governor Justice those Departments were consolidated under the Division of Corrections and Rehabilitation, which then assumed contract oversight and payment.

3. The Division of Corrections and Rehabilitation awarded the institutional health care contract to a different provider and the Debtor ceased operations. The last date that PrimeCare WV provided any patient care was June 25, 2022.

4. As part of the transition of care, a copy of all patient records were provided to the new health care provider and the Division of Corrections and Rehabilitation.

5. PrimeCare WV has no operations, no assets, no employees, and no patients.

1

Under penalty of perjury, on this 31ˢᵗ day of January 2024, I declare, that all of the foregoing is true and accurate.

*[signature]*
Thomas J. Weber
Chief Executive Office
PrimeCare Medical of West Virginia, Inc.

STATE OF PENNSYLVANIA

COUNTY OF DAUPHIN, To-wit::

The foregoing instrument was acknowledged before me this 31ˢᵗ day of January 2024, by Thomas J. Weber.

My commission expires Nov. 7, 2026.

Commonwealth of Pennsylvania - Notary Seal
REBECCA ROSE ULRICH - Notary Public
Dauphin County
My Commission Expires November 7, 2026
Commission Number 1342194

*[signature]* Rebecca Rose Ulrich
NOTARY PUBLIC

### Certificate of Service

I, Joe Supple, attorney for the Debtor, hereby certify that a copy of the foregoing AFFIDAVIT OT THOMAS J. WEBER IN SUPPORT OF DEBTOR'S REPORT ON APPOINTMENT OF PATIENT CARE OMBUDSMAN has been served by this Court's CM/ECF system on January 31, 2024, to all parties having registered in this case under the Court's CM/ECF system.

/s/ Joe M. Supple
Joe M. Supple (WV Bar #8013)
Supple Law Office, PLLC
801 Viand Street
Point Pleasant, WV 25550
305-675-6249