

B. McKay Mignault, Chief Bankruptcy Judge
United States Bankruptcy Court

**Dated: February 2nd, 2024**

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## IN PARKERSBURG

| | |
|---|---|
| IN RE: | CASE NO. 6:24-bk-60001 |
| PRIMECARE MEDICAL OF WEST VIRGINIA, INC., | CHAPTER 7 |
| Debtor. | JUDGE B. MCKAY MIGNAULT |

## ORDER FROM HEARING ON
## APPOINTMENT OF PATIENT CARE OMBUDSMAN

At a telephonic hearing held the 1st day of February 2024, appeared:

>Joe M. Supple, Counsel for the Debtor
>Elizabeth Kavitz, Counsel for the U. S. Trustee
>Thomas H. Fluharty, Chapter 7 Trustee
>Thomas J. Weber, CEO of PrimeCare Medical of West Virginia, Inc.

Upon the presentation of sworn evidence from the Debtor's CEO that the Debtor has not provided patient care since 2022 and has no ongoing operations, and for the reasons more fully discussed on the record at hearing, the Court has determined that a Patient Care Ombudsman is not necessary pursuant to 11 U.S.C. § 333 under the specific facts of this case.

Accordingly, it is hereby **ORDERED** that a Patient Care Ombudsman is not necessary pursuant to 11 U.S.C. § 333 and shall not be appointed in this case.