B. McKay Mignault, Chief Bankruptcy Judge
United States Bankruptcy Court

**Dated: February 2nd, 2024**

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# IN PARKERSBURG

| | |
|---|---|
| IN RE: | CASE NO. 6:24-bk-60001 |
| PRIMECARE MEDICAL OF WEST VIRGINIA, INC., | CHAPTER 7 |
| Debtor. | JUDGE B. MCKAY MIGNAULT |

## ORDER FROM HEARING ON
## APPOINTMENT OF PATIENT CARE OMBUDSMAN

At a telephonic hearing held the 1st day of February 2024, appeared:

Joe M. Supple, Counsel for the Debtor
Elizabeth Kavitz, Counsel for the U. S. Trustee
Thomas H. Fluharty, Chapter 7 Trustee
Thomas J. Weber, CEO of PrimeCare Medical of West Virginia, Inc.

Upon the presentation of sworn evidence from the Debtor's CEO that the Debtor has not provided patient care since 2022 and has no ongoing operations, and for the reasons more fully discussed on the record at hearing, the Court has determined that a Patient Care Ombudsman is not necessary pursuant to 11 U.S.C. § 333 under the specific facts of this case.

Accordingly, it is hereby **ORDERED** that a Patient Care Ombudsman is not necessary pursuant to 11 U.S.C. § 333 and shall not be appointed in this case.

United States Bankruptcy Court

Southern District of West Virginia

| | |
|---|---|
| In re: | Case No. 24-60001-BMM |
| PrimeCare Medical of West Virginia, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0425-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 05, 2024 | Form ID: pdf001 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | PrimeCare Medical of West Virginia, Inc., 3940 Locust Lane, Harrisburg, PA 17109-4023 |
| cr | + | Wanda Perdue, c/o Calwell Luce diTrapano PLLC, 500 Randolph Street, Charleston, WV 25302, BELARUS 25302-2019 |
| 2826264 | + | Andy Lee Griffin, Administrator of the, Estate of Amber Griffin, c/o L. Dante diTrapano, Esquire, 500 Randolph Street, Charleston, WV 25302-2019 |
| 2826266 | + | Andy Lee Griffin, Administrator of the, Estate of Amber Griffin, Timothy DiPero, Esquire, PO Box 1631, Charleston, WV 25326-1631 |
| 2826265 | + | Andy Lee Griffin, Administrator of the, Estate Amber Griffin, c/o William C. Forbes, Esquire, 1118 Kanawha Blvd East, Charleston, WV 25301-2403 |
| 2826267 | + | April Kyer, c/o Scott B. Cooper, Esquire, Schmidt Kramer PC, 209 State Street, Harrisburg, PA 17101-1144 |
| 2826269 | + | April Kyer, c/o Richard J. (Rex) Burch, Esquire, 11 Greenway Plaza, Suite 3025, Houston, TX 77046-3655 |
| 2826268 | + | April Kyer, c/o Michael A. Josephson, Esquire, Josephson Dunlap LLP, 11 Greenway Plaza, Suite 3050, Houston, TX 77046-1122 |
| 2826270 | + | Brittany Foster, c/o Reginald D. Henry, Esquire, Reginald D. Henry, Attorney at Law, PLLC, PO Box 465, Mabscott, WV 25871-0465 |
| 2826272 | + | Charles Watts, Administrator of the, Estate of Johnny H. Watts, c/o William C. Forbes, Esquire, 1118 Kanawha Blvd, East, Charleston, WV 25301-2403 |
| 2826271 | + | Charles Watts, Administrator of the, Estate of Johnny H. Watts, c/o L. Dante diTrapano, Esquire, 500 Randolph Street, Charleston, WV 25302-2019 |
| 2826274 | + | Douglas M. Bircher, Administrator, of the Estate of Paul P. Bircher, c/o L. Dante diTrapano, Esquire, 500 Randolph Street, Charleston, WV 25302-2019 |
| 2826276 | + | Douglas M. Bircher, Administrator of, the Estate of Paul P. Bircher, c/o Anthony Werner, Esquire, Board of Trade Bldg, Ste 200, 80-12th St, Wheeling, WV 26003-3273 |
| 2826275 | + | Douglas M. Bircher, Administrator of the, Estate of Paul P. Bircher, c/o William C. Forbes, Esquire, 1118 Kanawha Blvd East, Charleston, WV 25301-2403 |
| 2826277 | + | Dustin Richardson, c/o Paul M. Stroebel, Esquire, Stroebel & Stroebel, PLLC, PO Box 2582, Charleston, WV 25329-2582 |
| 2826278 | + | Estate of Wesley M. Teter, c/o Jonathan G. Brill, Esquire, Jonathan G. Brill Law Firm, PLLC, 332 E Main Street, Romney, WV 26757-1822 |
| 2826280 | + | Gregory Pyles, Administrator of the, Estate of Jaqueline V. Pyles, c/o Anthony Werner, Esq, 80-12th Street, Wheeling, WV 26003-3273 |
| 2826279 | + | Gregory Pyles, Administrator of the, Estate of Jaqueline V. Pyles, c/o L. Dante diTrapano, Esq, 500 Randolph Street, Charleston, WV 25302-2019 |
| 2826281 | + | Jessica B. Bowers, c/o Christopher Heavens of Heavens Law, 2438 Kanawha Blvd. East, Charleston, WV 25311-2323 |
| 2826282 | + | Jessican B. Bowers, c/o Stephen New & Associates, 430 Harper Park Drive, Beckley, WV 25801-2663 |
| 2826283 | + | Joyce Lynn Horner, Administratrix of the, Estate of Noah Lee Morris, c/o L. Dante diTrapano, Esquire, 500 Randolph Street, Charleston, WV 25302-2019 |
| 2826284 | + | Joyce Lynn Horner, Administratrix of the, Estate of Noah Lee Morris, c/o William C. Forbes, Esquire, 1118 Kanawha Blvd, East, Charleston, WV 25301-2403 |
| 2826285 | + | Julia Bettis, Administratrix of the, Estate of Levi C. Estep, c/o L. Dante deTrapano, Esquire, 500 Randdolph Street, Charleston, WV 25302-2019 |
| 2826286 | + | Julia Bettis, Administratrix of the, Estate of Levi C. Estep, c/o William C. Forbes, Esquire, 1118 Kanawha Blvd East, Charleston, WV 25301-2403 |
| 2826287 | | Kayla Thomas, Administratrix of the, Estate of Kevin Thomas, c/o Danta diTrapano, Esquire, Charleston, WV 25302 |
| 2826288 | + | Mark Beggs, Administrator of the Estate, of Frederick K. Boggs, c/o Joseph Spano, Esquire, 714 1/2 Lee Street, East, Suite 204, Charleston, WV 25301-1733 |
| 2826289 | + | Marvin C. Thaxton, 41 Marysville Lane, Charleston, WV 25312-5492 |
| 2826292 | + | Matthew Goss, c/o Charles 'Sonny' Johnstone, Esquire, Johnstone & Gabhart, PO Box 313, Charleston, WV 25321-0313 |
| 2826290 | + | Matthew Goss, c/o L. Dante diTrapano, Esquire, Calwell Luce diTrapano, PLLC, 500 Randolph Street, Charleston, WV 25302-2019 |
| 2826291 | + | Matthew Goss, c/o William C. Forbes, Esquire, Forbes Law Office, PLLC, 1118 Kanawha Blvd, East, Charleston, WV 25301-2403 |
| 2826293 | + | Maynard Meadows, Administrator of the, Estate of Mark Adam Meadows, c/o L. Dante diTrapano, Esquire, 500 Randolph Street, Charleston, WV 25302-2019 |
| 2826294 | + | Maynard Meadows, Administrator of the, Estate of Mark Adam Meadows, c/o William C. Forbes, Esquire, 1118 Kanawha Blvd. East, Charleston, WV 25301-2403 |
| 2826296 | + | Michael D. Rose, Charles Blessard, et al, c/o Amanda Taylor, Esquire, Taylor, Hinkle & Taylor, 115 1/2 S. Kanawha Street, Beckley, WV 25801-5614 |
| 2826295 | + | Michael D. Rose, Charles Blessard, et al, c/o Stephen P. New, Esquire, New, Taylor & Associates, 430 Harper Park Drive, Beckley, WV 25801-2663 |

| District/off: 0425-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: pdf001 | Total Noticed: 51 |

| | | |
|---|---|---|
| 2826297 | | Michael D. Rose, Charles Blessard, et al, c/o Timothy Lupardus, Esquire, The Lupardus Law Office, 275 Bearhole Road, Pineville, WV 24874 |
| 2826299 | + | Michael D. Rose, Charles Blessard, et al, c/o Robert Dunlap, Esquire, Robert Dunlap & Associates, 208 Main Street, Beckley, WV 25801-4613 |
| 2826298 | + | Michael D. Rose, Charles Blessard, et al, c/o Zachary Whitten, Esquire, Whitten Law Office, L.C., PO Box 753, Pineville, WV 24874-0753 |
| 2826300 | + | Michael Deandre Williams, Inmate #3544434, South Central Regional Jail, 1001 Centre Way, Charleston, WV 25309-9457 |
| 2826301 | + | PrimeCare Medical, Inc., 3940 Locus Lane, Harrisburg, PA 17109-4023 |
| 2826302 | + | Rebecca Chapman, c/o Stephen P. New, Esquire, New Taylor & Associates, 430 Harper Park Drive, Beckley, WV 25801-2663 |
| 2826304 | + | Sherrie Bell, Administratrix of the, Estate of Brian Keith Riel, c/o William C. Forbes & W. Jesse Forbes, 1118 Kanawha Blvd., East, Charleston, WV 25301-2403 |
| 2826303 | + | Sherrie Bell, Administratrix of the, Estate of Brian Keith Riel, c/o L. Danta diTrapano, Esq., 500 Randolph Street, Charleston, WV 25302-2019 |
| 2826305 | + | The Estate of Cody Lawrence Grove, by, Richard Grove, Jr., Administrator, c/o Paul G. Taylor, Esquire, 134 West Burke Street, Martinsburg, WV 25401-3302 |
| 2826306 | + | Tyler Franklin, Administrator of the, Estate of John Hunter Franklin, c/o L. Dante diTrapano, Esquire, 500 Randolph Street, Charleston, WV 25302-2019 |
| 2826307 | + | Tyler Franklin, Administrator of the, Estate of John Hunter Franklin, c/o William C. Forbes, Esquire, 1118 Kanawha Blvd, East, Charleston, WV 25301-2403 |
| 2826308 | + | Tyler Franklin, Administrator of the, Estate John Hunter Franklin, c/o Stephen P. New, Esquire, 430 Harper Park Drive, Beckley, WV 25801-2663 |
| 2826309 | + | Wanda Perdue, as Administratrix of the, Estate of Charles Perry, c/o L. Dante diTrapano, Esquire, 500 Randolph Street, Charleston, WV 25302-2019 |
| 2826310 | + | Wanda Perdue, as the Administratrix of, the Estate of Charles Perry, c/o William C. Forbes & W. Jesse Forbes, 1118 Kanawha Blvd., East, Charleston, WV 25301-2403 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usawvs.bankruptcy@usdoj.gov | Feb 05 2024 19:50:00 | United States Attorney, Southern District WV, P.O. Box 1713, Charleston, WV 25326-1713 |
| smg | Email/Text: TaxBankruptcy@wv.gov | Feb 05 2024 19:50:00 | WV Department of Tax & Revenue, Bankruptcy Unit, P.O. Box 766, Charleston, WV 25323-0766 |
| 2826273 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 05 2024 19:50:00 | Department of the Treasury, Internal Revenue Service, PO Box 9941, Stop 6552, Ogden, UT 84409-0941 |

TOTAL: 3

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Feb 07, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

District/off: 0425-6 | User: admin | Page 3 of 3
Date Rcvd: Feb 05, 2024 | Form ID: pdf001 | Total Noticed: 51

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander D. McLaughlin | on behalf of Creditor Wanda Perdue amclaughlin@cldlaw.com mjames@cldlaw.com |
| Amanda J Davis | on behalf of Creditor Wanda Perdue adavis@cldlaw.com pmclane@cldlaw.com |
| Charles F Bellomy | on behalf of Creditor Wanda Perdue cbellomy@cldlaw.com |
| Elizabeth Kavitz | on behalf of U.S. Trustee United States Trustee beth.kavitz@usdoj.gov |
| Joe M. Supple | on behalf of Debtor PrimeCare Medical of West Virginia  Inc. info@supplelawoffice.com, supplelawoffice@yahoo.com |
| Louis Dante Ditrapano | on behalf of Creditor Wanda Perdue dditrapano@cldlaw.com |
| Thomas H. Fluharty | thfaal@aol.com wv12@ecfcbis.com |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| William J Forbes | on behalf of Creditor Wanda Perdue wjforbes@forbeslawwv.com |

TOTAL: 9