

REQUEST FOR MEDIA RECORDING OF HEARING/TRIAL

Case/Adversary Proceeding Style: _____

Case/Adversary Proceeding Number: _____

Date of hearing/trial:_____

Location: _____

Requesting party: _____

Address: _____

Telephone #: _____

Date: _____     Signature: _____


Delivery method of official audio (choose one):
Email: _____
Website: _____
USB drive for pickup at Clerk's Office front counter: Y/N

Special instructions / notes:
_____
_____

** Include fee of $34.00 in cash our check made payable to Clerk, U.S. Bankruptcy Court, SDWV**


_____
FOR COURT USE ONLY
Completed process and docketed:  Y/N

Date: _____

Revised: 03/2024