# United States Bankruptcy Court

**Southern District of West Virginia**

PDF FILE WITH AUDIO FILE ATTACHMENT

24-60001
PrimeCare Medical of West Virginia, Inc.

---

Case Type: bk

Case Number: 24-60001

Case Title: PrimeCare Medical of West Virginia, Inc.

Audio Date: 05/09/2024

Audio File Size: 3314KB

Audio Runtime: 00:03:32(hh:mm:ss)

---